UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAXWELL V. BEALE, <br> BRANDT D. TAPPY, <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON HEIGHTS SCHOOL <br> CORPORATION, <br> BRAD OSSWALD, <br> DEREK ARROWOOD, <br> JERROD MASON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:19-cv-00200-JMS-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MINUTE ENTRY FOR JUNE 21, 2019**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference.  The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Thursday, July 18, 2019 at 10:00 a.m. (Eastern)** to discuss case status.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  21 JUN 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.